GUY EMERY SHIPLER, as Treasurer of SPANISH REFUGEE RELIEF CAMPAIGN, Respondent, v. FELICE CLARK, Individually and as a Member of NORTH AMERICAN SPANISH AID COMMITTEE, and VICTOR J. HANOVER, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order on payment of said costs.   No opinion.   Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

MARY ROONEY, as Administratrix, etc., of PATRICK ROONEY, Deceased, Respondent, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment unanimously reversed, with costs, and the complaint dismissed, with costs, on the ground that no actionable negligence on the part of the defendant was shown.   Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

ANNA PFARR, Administratrix, etc., of GEORGE PFARR, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $10,056.02; in which event the judgment as so modified is affirmed, without costs.   No opinion. Settle order on notice.   Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

## (June 14, 1940.)

TIER REALTY CORPORATION, Appellant, v. BLUMCHESTER REALTY CORP. and Others, Respondents.— Judgment unanimously affirmed, with costs.   No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of GUARANTY TRUST COMPANY OF NEW YORK, as Executor, etc., of JOHN C. HICKS, Deceased, and the Determination as to the Construction, Validity and Effect of Certain of the Provisions Contained in Said Will.   GUARANTY TRUST COMPANY OF NEW YORK, as Executor, etc., and Others, Respondents; HELEN M. COOPER and Others, Appellants; SALLIE HICKS COLLINS and JOHN NORRIS HICKS, Intervenors. — Decree, so far as appealed from, unanimously affirmed, with costs to the intervenors payable out of the share in controversy.   No opinion.   Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

ARTHUR L. MARKS, an Infant, by LYDIA LOCKE, His Guardian ad Litem, Appellant, v. ARTHUR HUDSON MARKS, Respondent.— Judgment and order unanimously affirmed, with costs, with leave to the plaintiff to serve an amended complaint within twenty days after service of order on payment of said costs.   (See Kendall v. Kendall, No. 1, 200 App. Div. 702.)   Present — Martin, P. J., Glennon, Cohn and Callahan, JJ.

LYDIA LOCKE MARKS, Also Known as LYDIA LOCKE, Appellant, v. MARGARET MARTIN MARKS, Ancillary Executrix of the Estate of ARTHUR H. MARKS, Deceased, Respondent.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Martin, P. J., Glennon, Cohn and Callahan, JJ.